1
2
3
4
5
6
7

8 UNITED STATES DISTRICT COURT

9 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 ROYCE SUNG KWARK,  No. 2:15-cv-1085 CKD P

12         Petitioner,

13   v.  ORDER

14 RON RACKLEY,

15         Respondent.

16

17       Petitioner, a state prisoner proceeding through counsel, has filed an application for a writ
18 of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has paid the filing fee.
19       The application attacks a conviction issued by the Superior Court of California, County of
20 Los Angeles. While both this court and the United States District Court in the district where
21 petitioner was convicted have jurisdiction, see <u>Braden v. 30th Judicial Circuit Court</u>, 410 U.S.
22 484 (1973), any and all witnesses and evidence necessary for the resolution of petitioner's
23 application are more readily available in Los Angeles County. <u>Id.</u> at 499 n.15; 28 U.S.C. §
24 2241(d).
25 /////
26 /////
27 /////
28 /////

1

Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the Central District of California.

Dated: May 28, 2015

_/s/ Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2/kly
kwar1085.108