# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROYCE SUNG KWARK,<br><br>　　　　Petitioner,<br>　v.<br>RON RACKLEY, Warden,<br><br>　　　　Respondent. | Case No. CV 15-04088 MWF (AFM)<br><br>**JUDGMENT** |

　　　Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

　　　IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: April 26, 2017

_____
　　MICHAEL W. FITZGERALD
　UNITED STATES DISTRICT JUDGE